IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| LETICIA BERNAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; <br>    *Plaintiff* <br><br> -vs- <br><br> PHILLIPS & COHEN ASSOCIATES, LTD., JOHN DOES 1-25, <br>    *Defendants* | § § § § § § § § § § § | MO-18-CV-00023-DC |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF CLASS ACTION ALLEGATIONS AND CLAIMS

THIS DAY CAME Plaintiff, Leticia Bernal, on behalf of herself and all others similarly situated consumers ("Plaintiff"), by counsel, and moves the Court to dismiss, without prejudice, the putative class action allegations and claims in the above captioned matter against Defendant Phillips & Cohen Associates, Ltd. ("PCA").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and PCA, it be and hereby is

ORDERED, ADJUDGED and DECREED that the putative class action allegations and claims in this matter are DISMISSED WITHOUT PREJUDICE.

It is **ORDERED**.

SIGNED this 10th day of August, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE