IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| LETICIA BERNAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>    *Plaintiff* | § § § § § § | |
| -vs- | § § | MO-18-CV-00023-DC |
| PHILLIPS & COHEN ASSOCIATES, LTD., JOHN DOES 1-25,<br>    *Defendants* | § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME Plaintiff, Leticia Bernal ("Plaintiff"), by counsel, and Defendant Phillips & Cohen Associates ("PCA"), by counsel, and upon their stipulation and agreement to dismiss, with prejudice, the above-entitled action.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and PCA, it be and hereby is

ORDERED, ADJUDGED and DECREED that the above-entitled action is hereby DISMISSED WITH PREJUDICE, and without attorney's fees and costs against any party.

It is **ORDERED**.

SIGNED this 10th day of August, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE